Michael Carmody, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ.

John R. Carpenter Company, Respondent, v. Morgan J. O'Brien and Others, Defendants, Impleaded with Mercantile Construction Company and Maryland Casualty Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Hazle T. Childs, Appellant, v. Edna S. Gelhardt, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Alexander Cunningham, Appellant, v. William Barrett, Individually and as President of Adams Express Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Raffaela Ferrazzuolo, as Administratrix, etc., of Antonio Ferrazzuolo, Deceased, Appellant, v. Degnon Realty and Terminal Improvement Company, Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Thomas H. Franklin, Appellant, v. Pacific Improvement Company, Respondent.—Judgment modified by providing that the complaint be dismissed, and as so modified judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

James A. Heaney, Respondent, v. O'Brien Realty Company, Appellant. —Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Joseph L. Hervey, Appellant, v. Alvin B. Leavitt, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Henry Hirschberg, Respondent, v. John L. Kruger, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.